IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GEORGE BERGIN § | |
| § | |
| **Plaintiff,** § | |
| § | Civil Action No. 4:20-CV-00017 |
| V. § | |
| § | |
| THE STATE OF TEXAS, LEWIS § | |
| TATUM, as Sheriff of Hopkins County and § | |
| Individually, and DUSTY RABE, as § | |
| Hopkins County Attorney and Individually. § | |
| § | |
| **Defendants.** § | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT: Now Comes GEORGE BERGIN, Plaintiff in the above-captioned matter and makes and files this, his MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, and by such Motion would show the Court as follows:

### INTRODUCTION

1. Plaintiff George Bergin, has previously filed an Amended Complaint within this action in a timely manner pursuant to this Court's scheduling order in this case.

2. The sole purpose of such amended complaint was to add additional Defendants at the urging of Defendant State of Texas.

3. Plaintiff mistakenly filed the Amended Complaint without requesting leave from this Court.

4. Plaintiff is filing the immediate motion to correct this error and requests that the Amended Complaint be deemed timely upon the granting of leave to amend.

5. Plaintiff does not seek to alter the status of the case in any other manner, other than the adding of additional parties at the request and urging of Defendant State of Texas.

**REQUEST FOR LEAVE**

6.      Plaintiff requests from this Court leave to amend his Complaint in this case for the purpose of adding additional Defendants in response to Defendant State of Texas's urging and arguments concerning the liability of such third parties.

7.      Plaintiff is not seeking to delay or do any injustice to the parties or this case by seeking this leave to amend. Plaintiff does not seek to alter the fundamental nature of this case and such leave should be granted in the interest of justice.

**PRAYER FOR RELIEF**

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that this Court grant his request for leave to file an amended Complaint and that such previously filed amended complaint be deemed timely and permitted to be the new live pleading in this matter. Plaintiff further requests any and all other relief to which he might otherwise be entitled whether in law or equity.

Respectfully Submitted,

*/s/* Ross B. Russell      _____
ROSS B. RUSSELL
Texas State Bar No. 24090875
North Dakota Bar No. 08450
Washington DC Bar No. 1033711
Minnesota State Bar No. 0398797
LAW OFFICES OF ROSS RUSSELL, P.C.
100 N. 6th Street, Suite 701
Waco, Texas  76701
Telephone:  (254) 307-0019
Facsimile:  (254) 307-0436

AND

>  */s/* Carter L. Hampton
> CARTER L. HAMPTON
> Texas State Bar No. 08872100
> HAMPTON & ASSOCIATES, P.C.
> 1000 Houston Street, 4th Floor
> Fort Worth, Texas  76102
> Telephone:  (817) 877-4202
> Facsimile:   (817) 877-4204
>
> **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

  I certify that on August 5, 2020, Plaintiff's counsel attempted to conference with opposing counsel regarding this Motion for Leave. Opposing counsel has been nonresponsive to Plaintiff's counsel's requests and therefore Plaintiff's counsel presumes that opposing counsel is opposed. Plaintiff's counsel has made every reasonable effort to obtain a response regarding this matter and none has been provided. Therefore, this Motion is being presented to the Court for determination.

                                 ___/s/ Ross B. Russell_____

## CERTIFICATE OF SERVICE

  I certify that on August 10, 2020, this document was served through the Court's CM/ECF Document Filing System or through electronic mail, upon the following counsel of record:

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

ANDREW B. STEPHENS
Assistant Attorney General
General Litigation Division
Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
Phone:  (512) 463-2120
Facsimile: (512) 320-0667

ATTORNEYS FOR DEFENDANT TEXAS

                                ___/s/ Ross B. Russell_____